

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

December 10, 2018

Honorable Stephani A. Walsh
Judge, 45th District Court
Bexar County Courthouse
100 Dolorosa, 2nd Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Jamie L. Graham
Jamie Graham & Associates, PLLC
Tower Life Building
310 S. St. Mary's St., Suite 845
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Ronald B. Prince
Prince Contreras PLLC
417 San Pedro Avenue
San Antonio, TX 78212-5554
* DELIVERED VIA E-MAIL *

H. E. Mendez
H.E. Mendez, Esq.
212 Losoya Street, No. 5
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-18-00880-CV
       Trial Court Case Number:   2015PA02469
       Style:  In re Melissa Psihoudakis

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE,
Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Sandy Denn, Supervisor (DELIVERED VIA E-MAIL)
Cody Graham (DELIVERED VIA E-MAIL)
Floyd Contreras (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-18-00880-CV

**IN RE** Melissa **PSIHOUDAKIS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Irene Rios, Justice

On November 19, 2018, relator filed a petition for writ of mandamus and a motion for temporary stay. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary stay is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on December 10, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015PA02469, styled *In the Interest of B.B.M., A Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.